In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-516 CV


____________________



IN RE LONNIE CHARLES TREADWAY AND 


FIRST UNITED PENTECOSTAL CHURCH d/b/a NEW LIFE TABERNACLE






Original Proceeding






 MEMORANDUM OPINION 


 On November 22, 2006, Lonnie Charles Treadway and First United Pentecostal
Church d/b/a New Life Tabernacle, filed this petition for writ of mandamus. We requested
a response from the real party in interest. On January 8, 2007, the relators filed a motion to
dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM

Opinion Delivered January 18, 2007 

Before McKeithen, C.J., Gaultney and Horton, JJ.